UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEMARKUS MONTREAL TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) No. 3:20-cv-00936 |
| BRIAN ELLER, Warden, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion (Doc. No. 53), Petitioner's objections to the Magistrate Judge's Report and Recommendation (Doc. No. 49) are overruled. The Court adopts the Report and Recommendation of the Magistrate Judge (Doc. No. 44). The Amended Petition for a Writ of Habeas Corpus filed under 28 U.S.C. § 2254 (Doc. No. 18) is **DENIED**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. The Clerk is **DIRECTED** to close the file.

                                                                                   _____
                                                                                   WAVERLY D. CRENSHAW, JR.
                                                                                   UNITED STATES DISTRICT JUDGE